UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IVAN NEATHERY, *individually and as a shareholder of Meridian Bank*, and FEDERAL DEPOSIT INSURANCE CORPORATION, *as receiver for Meridian Bank*,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CLAY WINFIELD, *individually and as a member of the Board of Directors of Meridian Bank*, TIMOTHY KEISER, *individually and as a member of the Board of Directors of Meridian Bank*, and BRAD RENCH, *individually and as the President of Meridian Bank*,<br><br>    Defendants. | Case No. 09-cv-631-JPG |

## JUDGMENT

This matter having come before the Court, some of the parties having agreed to voluntarily dismiss their claims, and the Court having heard the issues presented by the remaining claims and rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that Count I of Plaintiff Ivan Neathery's first Amended Complaint (Doc. 22), alleging violation of the Illinois Consumer Fraud and Deceptive Business Practices Act against Defendant Clay Winfield, is dismissed with prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that Count II of Neathery's first Amended Complaint (Doc. 22), alleging violation of the Illinois Consumer Fraud and Deceptive Business Practices Act against Defendant Timothy Keiser, is dismissed without prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that Count III of Neathery's first Amended Complaint (Doc. 22), alleging violation of the Illinois Consumer Fraud and Deceptive

Business Practices Act against Defendant Brad Rench, is dismissed with prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that Count IV of Neathery's first Amended Complaint (Doc. 22), insofar as it alleges civil conspiracy against Winfield and Rench, is dismissed with prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that Count IV of the first Amended Complaint (Doc. 22), insofar as it alleges civil conspiracy against Keiser, is dismissed without prejudice,

FINALLY, IT IS ORDERED AND ADJUDGED that all claims and counts of Plaintiff Federal Deposit Insurance Corporation, either through explicit or implied substitution by this Court, are dismissed without prejudice.

**DATED: July 15, 2010**                                    **NANCY ROSENSTENGEL**

                                                                                **By:s/Deborah Agans, Deputy Clerk**

**Approved:**     s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**